UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN ADAMS, | : CIVIL ACTION NO. 3:CV-12-1716 |
| Petitioner | : (Judge Nealon) |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE | : |
| Respondent | : |

## ORDER

**NOW, THIS 15ᵗʰ DAY OF JULY, 2015,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED.**

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealabilty.  See 28 U.S.C. § 2253(c).

/s/ William J. Nealon
**United States District Judge**